Kenneth A. Peterson, SBN #208101
Jessica S. Diotalevi, SBN #244501
**LITTLETON JOYCE UGHETTA PARK & KELLY LLP**
601 S. Figueroa Street, Suite 3825
Los Angeles, California 90017
Telephone: (213) 599-8200
Facsimile: (213) 228-1980
ken.peterson@littletonjoyce.com
jessica.diotalevi@littletonjoyce.com

Attorneys for Defendant SIEMENS CORPORATION

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| TED FAULKNER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION; SIEMENS CORPORATION, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 1:12-cv-00462-LJO-GSA<br><br>**AMENDED STIPULATION TO EXTEND EXPERT AND FACT DISCOVERY DEADLINES; DECLARATION OF JESSICA S. DIOTALEVI; ORDER THEREON** |

Whereas, the Court issued a Scheduling Conference Order on September 17, 2012, setting a trial date and expert and fact discovery deadlines. (Declaration of Jessica S. Diotalevi ("Diotalevi Decl.") at ¶ 4.

Whereas, the pretrial conference is set for September 4, 2013 and trial is set for October 29, 2013 (Diotalevi Decl. at ¶ 4).

Whereas, there is good cause for continuing the expert and fact discovery deadlines set forth in the Scheduling Conference Order (Diotalevi Decl. at ¶ 5). The parties have worked diligently to conduct discovery in this matter but have not yet completed sufficient discovery in this matter to obtain experts. *Id*. The parties have propounded and responded to initial written discovery and have

- 1 -

deposed the employee who conducted the hearing test on plaintiff. *Id*. Plaintiff's deposition was initially set for November 5, 2012. *Id*. Due to scheduling conflicts, the parties continued Plaintiff's deposition to January 23, 2012. *Id*. Once the parties depose Plaintiff, they will conduct further fact discovery including additional witnesses from Defendants Siemens and Costco and retain experts. *Id*. True and correct copies of the two notices of Plaintiff' deposition are attached hereto as group **Exhibit "A"**.

Whereas, the parties request only to extend the expert and fact discovery deadlines but leave the pretrial motion filing and motion deadlines in place (Diotalevi Decl. at ¶ 6).

Whereas, there have been no prior requests for extending any deadlines in this matter (Diotalevi Decl. at ¶ 6).

Therefore, Plaintiff TED FAULKNER, Defendant SIEMENS CORPORATION, and Defendant COSTCO WHOLESALE CORPORATION have stipulated and agree to continue the following dates:

1. The Initial Expert Disclosure is continued from December 12, 2012 to **February 12, 2013**.
2. The Supplemental Expert Disclosure is continued from January 9, 2013 to **March 9, 2013**.
3. The Nonexpert Discovery Cutoff is continued to from February 15, 2013 to **March 15, 2013**.
4. The Expert Discovery Cutoff is continued from March 11, 2013 to **April 10, 2013**.
5. The Pretrial Motion Filing Deadline remains **June 12, 2013**.
6. The Pretrial Hearing Deadline remains **July 21, 2013**.

IT IS SO STIPULATED.

DATED: December 12, 2012                    LAW OFFICES OF STEVEN A. FABBRO


By: _____/s/ Steven A. Fabbro_____
Steven A. Fabbro
Attorney for Plaintiff TED FAULKNER

- 2 -

DATED:  December 12, 2012                       LITTLETON JOYCE UGHETTA
                                                PARK & KELLY LLP


                                        By:     /s/ Jessica Diotalevi
                                                Kenneth A. Peterson
                                                Jessica S. Diotalevi
                                                Attorneys for Defendant SIEMENS
                                                CORPORATION


DATED:  December 12, 2012                       JACOBSEN & MCELROY PC



                                        By:  /s/ Brian Dolin (as authorized on December 12, 2012)
                                                Brian P. Dolin
                                                Attorney for Defendant COSTCO
                                                WHOLESALE CORPORATION

**Declaration of Jessica S. Diotalevi**

1. I, Jessica S. Diotalevi, declare, subject to penalties for perjury under the laws of the State of California, as follows:

2. I am an attorney at law duly licensed to practice before all the courts in the State of California.

3. I am an associate with Littleton Joyce Ughetta Park & Kelly, the attorneys of records for Defendant SIEMENS CORPORATION ("SIEMENS") and as such I have personal knowledge of this action.

4. The Court issued a Scheduling Conference Order on September 17, 2012, setting a trial date and expert and fact discovery deadlines. The pretrial conference is set for September 4, 2013 and trial is set for October 29, 2013.

5. There is good cause to continue the expert and fact discovery deadlines set forth in the Scheduling Conference Order. The parties have worked diligently to conduct discovery in this matter but have not yet completed sufficient discovery in this matter to retain experts. The parties have propounded and responded to initial written discovery and have deposed the employee who conducted the hearing test on Plaintiff. Plaintiff's deposition was initially set for November 5, 2012. Due to scheduling conflicts, the parties continued Plaintiff's deposition to January 23, 2012. Once the parties depose Plaintiff, they will conduct further fact discovery and retain experts. True and correct copies of the two notices for Plaintiff's deposition are attached hereto as group **Exhibit "A"**.

6. The parties request only to extend the expert and fact discovery deadlines but leave the pretrial motion filing and motion deadlines in place. There have been no prior requests for extending any deadlines in this matter.

Executed on December 12, 2012 at Los Angeles, California

By: ____/s/ Jessica Diotalevi_____

Jessica S. Diotalevi

- 4 -

STIPULATION TO CONTINUE EXPERT AND FACT DISCOVERY DEADLINES; DECLARATION OF JESSICA S. DIOTALEVI [PROPOSED] ORDER THEREON

4003366

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

The foregoing Stipulation to Extend Expert and Fact Discovery Deadlines having been received and good cause appearing therefore, the Court issues the following orders:

1. The Initial Expert Disclosure is continued from December 12, 2012 to **February 12, 2013**.
2. The Supplemental Expert Disclosure is continued from January 9, 2013 to **March 9, 2013**.
3. The Nonexpert Discovery Cutoff is continued to from February 15, 2013 to **March 15, 2013**.
4. The Expert Discovery Cutoff is continued from March 11, 2013 to **April 10, 2013**.
5. The Pretrial Motion Filing Deadline remains **June 12, 2013**.
6. The Pretrial Hearing Deadline remains **July 21, 2013**.
7. The Pretrial Conference and Jury Trial dates remain unchanged.

IT IS SO ORDERED.

Dated:   **December 13, 2012**             /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE EXPERT AND FACT DISCOVERY DEADLINES; DECLARATION OF JESSICA S. DIOTALEVI [PROPOSED] ORDER THEREON
4003366