# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED FAULKNER, | CASE NO. CV F 12-0462 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 18.) |
| COSTCO WHOLESALE CORP., et al., | |
| Defendants. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters, including the September 4, 2013 pretrial conference and October 29, 2013 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   April 30, 2013**           /s/  **Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE

1