IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TED FAULKNER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COSTCO WHOLESALE CORP., et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | CASE NO. CV F 12-0462 LJO GSA<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 18.) |

　　　　Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

　　　　1.　　DISMISSES with prejudice this entire action and all claims;

　　　　2.　　VACATES all pending dates and matters, including the September 4, 2013 pretrial conference and October 29, 2013 trial; and

　　　　3.　　DIRECTS the clerk to close this action.


　　　　IT IS SO ORDERED.

**Dated:**　　**April 30, 2013**　　　　　　　／s/　**Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1